1 | E. Gerard Mannion (State Bar # 77287)
  | Wesley M. Lowe (State Bar # 111761)
2 | MANNION & LOWE
  | 655 Montgomery Street, Suite 1200
3 | San Francisco, California 94111
  | Telephone: (415) 733-1050
4 | Facsimile: (415) 434-4810

5 | Attorneys for Plaintiffs
  | NEWPORT PETROLEUM, INC. and
6 | BALBOA MARINE LEASING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEWPORT PETROLEUM, INC., and BALBOA MARINE LEASING, INC., <br><br>Plaintiffs, <br><br>v. <br><br>NAVIGATORS INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, NEW YORK MARINE & GENERAL INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, and ST. PAUL FIRE & MARINE INSURANCE COMPANY, <br><br>Defendants. | Case No. C 04-01349 CRB <br><br>REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER |

Plaintiffs Newport Petroleum, Inc. and Balboa Marine Leasing, Inc., by and through their attorney of record, E. Gerard Mannion, hereby request that the complaint in above-captioned action

///

///

1

Request for Dismissal with Prejudice; Order                                                                                 Case No. C 04-01349 CRB

1 | be dismissed with prejudice, as to all defendants and all causes of action.

2 | Dated: June 21, 2005

MANNION & LOWE
A Professional Corporation

By: _____
E. Gerard Mannion
Attorneys for Plaintiffs

**ORDER**

It is so ordered.

Dated: June 22, 2005

_____
Charles R. Breyer

APPROVED
Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

G:\Main Group\Clients\Newport v. Navigators\Pleadings\Dismissal.wpd